# United States District Court

for

NORTHERN DISTRICT OF MISSISSIPPI

5·12M 1122

U.S.A. vs: Joseph Wilson                                    Docket No. 4:10CR00143-001

## Petition on Supervised Release

COMES NOW Hamilton Frey  PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Joseph Wilson, who was sentenced by the Honorable Sharion Aycock, sitting in the court at Aberdeen, Mississippi, on the 26th day of July, 2011, to 24 months imprisonment and a term of supervised release of 5 years.  The Court imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.  The defendant shall participate in a program of drug testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

2.  The defendant shall participate in a program of mental health treatment, and/or a specifically designed program to address sex offender treatment, which may include polygraph examinations, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

3.  The defendant shall have no direct or indirect contact with any children under the age of 18, unless accompanied and supervised by an adult, who has been approved in advance by the probation officer.  The defendant shall immediately report any unauthorized contact with children to the probation officer.  If applicable, the defendant must have consent of the probation officer and the mother of the biological minor child in order to have contact with that child.

4.  The defendant shall not go to places where minors are known to frequent, including but not limited to, any recreational, leisure, sporting, or any other activity where children are present and/or where supervision is  deemed inadequate, without prior approval of the probation officer.  The defendant shall not affiliate with, own, control, volunteer and/or be employed by an organization in any activity which would place him in direct contact with children under the age of 18.

The defendant was released from custody on August 22, 2012, to begin his term of supervision.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1.  **Failure to Report as Instructed to the Probation Officer** - The defendant failed to report as directed to the probation officer on August 8, 2012; August 31, 2012; September 14, 2012; and October 4, 2012.

2.  **Failure to Provide Monthly Sex Offender Report Form** - The defendant failed to provide a sex offender monthly report form as directed by the probation officer on October 5, 2012.

3.  **Violation of Law** - On September 28, 2012, the defendant was arrested by the Greenville Mississippi Police Department for Providing False Statements to Law Enforcement. This charge is still pending.

4.  **Violation of Law** - On October 5, 2012, the defendant failed to comply with state sex offender registration laws by failing to register at his new address within the allotted time period, which is seventy-two hours.

**PRAYING THAT THE COURT WILL ORDER  a warrant be issued for the defendant's arrest and detention pending a final revocation hearing on supervised release.**

### ORDER OF COURT

SO ORDERED AND ADJUDGED this, the 24th day of October , 2012, and ordered filed and made a part of the records in the above case.

Sharion Aycock, U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2012.

Respectfully,

Hamilton Frey, U.S. Probation Officer

Reviewed: Andrew P. Martin, Supervisory U. S. Probation Officer

cc: Honorable John M. Alexander, Assistant U. S. Attorney